**Arturo OVIEDO, Petitioner—Appellant,**

v.

**Dan JOHNSON, Respondent—Appellee.**

No. 03–35842.

D.C. No. CV–01–00442–REJ.

United States Court of Appeals, Ninth Circuit.

Submitted July 13, 2004.

Decided July 19, 2004.

Ruben L. Iniguez, Federal Public Defender's Office, Portland, OR, for Petitioner–Appellant.

Erika L. Hadlock, Office of the Solicitor General, Salem, OR, for Respondent–Appellee.

Before GOODWIN, W. FLETCHER, and TALLMAN, Circuit Judges.

MEMORANDUM *

To prevail on his habeas corpus petition, Oviedo must demonstrate (1) that the Oregon trial court's denial of his motion for mistrial was contrary to clearly established federal law and (2) that the Oregon post-conviction court's denial of his ineffective assistance of counsel claims amounted to an unreasonable application of *Strickland v. Washington,* 466 U.S. 668, 104 S.Ct. 2052, 80 L.Ed.2d 674 (1984). Upon de novo review of the district court's denial of Oviedo's petition, *see Dows v. Wood,* 211 F.3d 480, 484 (9th Cir.2000), we affirm.

First, the trial court's denial of Oviedo's motion for mistrial was not contrary to the relevant clearly established federal law because it did not "so infuse[ ] the trial with unfairness as to deny due process of law." *Estelle v. McGuire,* 502 U.S. 62, 75, 112 S.Ct. 475, 116 L.Ed.2d 385 (1991) (citation omitted).

Second, Oviedo's claim that trial counsel provided ineffective assistance by failing to object in writing to the presentence report is procedurally barred because Oviedo abandoned it in his post-conviction relief appeal to the Oregon Court of Appeals. *See Peterson v. Lampert,* 319 F.3d 1153, 1156 (9th Cir.2003) (en banc).

Finally, the state post-conviction court reasonably applied federal law in dismiss-

ing Oviedo's ineffective assistance claims related to the prosecution's closing argument because trial counsel's decision not to object did not fall below an objective standard of reasonableness. *See Strickland*, 466 U.S. at 688.

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.